# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Peter Grigg, | ) |
| | ) |
| Plaintiff, | )   **ORDER** |
| | ) |
| v. | ) |
| | ) |
| Sheridan Memorial Hospital Association, | )   Case No.: 1:25-cv-00211 |
| | ) |
| Defendant. | ) |

On September 3, 2025, the court ordered a Scheduling Conference be scheduled for October 3, 2025, at 9:00 AM by telephone. (Doc. No. 4). Now on its own motion, the court shall reschedule the Scheduling Conference for October 6, 2025, at 10:00 AM by telephone. To participate in the conference, the parties shall call 571-353-2301 and enter ID 292466149 followed by #.

**IT IS SO ORDERED.**

Dated this 9th day of September, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court