## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Peter Grigg,  )<br> )<br>Plaintiff,  )<br> )<br>v.  )<br> )<br>Sheridan Memorial Hospital Association,  )<br> )<br>Defendant.  ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br>Case No. 1:25-cv-211 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on May 12, 2026, at 10:00 AM by before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 6th day of October, 2025.

                                                       */s/ Clare R. Hochhalter*
                                                       Clare R. Hochhalter, Magistrate Judge
                                                       United States District Court